

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

**MEMO ENDORSED**

September 25, 2023

VIA ECF
Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  09/26/2023

Re:    Asaro v. Precision Document Solutions, Inc.,1:23-cv-05739 (PAE)(KHP)

Dear Judge Parker:

This firm represents Plaintiff Albert Asaro in the above-referenced matter. We submit this letter to respectfully request an adjournment on the Initial Case Management Conference presently scheduled for October 4, 2023 at 11:15 a.m. (Dkt. 6.)

As background, the Summons was issued in this matter on July 6, 2023. (Dkt. 4.) The Summons and Complaint were served upon this out-of-state Defendant via its agent, The Office of Secretary of State, State of New York, on July 25, 2023. (Dkt. 7.) Defendant has not answered or otherwise appeared in the case. In our experience, delays under these circumstances are not uncommon. Rather than expend the Court's and Plaintiff's resources with a default motion at this time, Plaintiff proposes to send courtesy copies of the Summons, Complaint and Affidavit of Service to Defendant at its principal offices in Texas, along with a cover letter reminding Defendant of its obligations in the Southern District and requesting that it appear and file its responsive pleading without further delay.

Plaintiff, therefore, respectfully requests that the initial conference be adjourned 30-days, to a date and time convenient for the Court. This is the first request for an adjournment. As Defendant has not yet appeared, we are unable to ascertain whether it consents to this request.

We greatly appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP



The Honorable Jennifer E. Willis
September 21, 2022
Page 2 of 2

s/ Christopher H. Lowe
Christopher H. Lowe

**APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Wednesday, October 4, 2023 at 11:15 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, November 9, 2023 at 11:30 a.m.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

**09/26/2023**