

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

VIA ECF
Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

> Request GRANTED. The deadline for Plaintiff to file a motion for default judgment is **Tuesday, January 2, 2024.**
>
> SO ORDERED:
>
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   12/1/2023

Re:  Asaro v. Precision Document Solutions, Inc., 1:23-cv-05739 (PAE)(KHP)

Dear Magistrate Judge Parker:

This firm represents Plaintiff Albert Asaro in the above-referenced matter. We write, to inform the Court that Plaintiff intends to pursue a default judgment against Defendant Precision Document Solutions, Inc.

As background, the Summons was issued in this matter on July 6, 2023. (Dkt. 4.) and Plaintiff served the Summons and Complaint upon this out-of-state Defendant via its agent, The Office of Secretary of State, State of New York, on July 25, 2023. (Dkt. 7.) After Defendant's time to respond to the Complaint expired, on September 26, 2023, the Court granted Plaintiff's request for additional time to allow Plaintiff to contact Defendant to remind Defendant of its obligations. (Dkt. 9.) On September 25, 2023 Plaintiff mailed, via first class mail and FedEx, courtesy copies of the Summons and Complaint, the Affidavit of Service, and a cover letter to Defendant. After no contact was made between the parties, Plaintiff thereafter submitted his request for a Clerk's Certificate of Default (Dkt. 13) and <u>respectfully requests an additional 30 days for the issuance of the Certificate of Default and to file a motion for default judgment</u>.

We greatly appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe