UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT ASARO, Individually and on behalf of all other persons similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>PRECISION DOCUMENT SOLUTIONS, INC.,<br><br>      Defendant. | ECF CASE<br><br>No.: 1:23-cv-5739 (PAE)(KHP) |

[PROPOSED] DEFAULT JUDGMENT

WHEREAS on July 5, 2023, Plaintiff filed a Complaint against Defendant Precision Document Solutions, Inc. (Dkt. 1);

WHEREAS on July 25, 2023, Plaintiff served Defendant Precision Document Solutions, Inc. with the Complaint, making its time to answer or otherwise respond to the Complaint August 15, 2023 (Dkt. 7);

WHEREAS Defendant, to date, has failed to answer or otherwise respond to the Complaint and is, therefore, in default;

WHEREAS on November 29, 2023 the Clerk noted Defendant Precision Document Solutions, Inc.'s default (Dkt. 16);

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a default judgment is entered against Defendant Precision Document Solutions, Inc., for $80,888.41, plus accruing post-judgment interest at 9.0% *per annum* from the date of the judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, should Defendant fail to satisfy this judgment upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later,

-2-

the total amount of judgment shall automatically increase by fifteen percent.

Dated: New York, New York
_____, 2024

                                              HON. JUDGE KATHARINE H. PARKER
                                              United States Magistrate Judge